# Court of Appeals
# of the State of Georgia

ATLANTA, November 14, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0090. DELROY MCFARLANE v. JAMILA COLEMAN MCFARLANE.**

Delroy McFarlane filed an application for discretionary appeal seeking to challenge an order in which the trial court reduced child support, ordered McFarlane to pay child support and medical expense arrearages, denied a change in custody, and reserved the right to award attorney fees. See Case Number A13D0166. Because the order modified the parties' divorce decree, we transferred the application to the Supreme Court, which granted the application. See Case Number S13D0059.

On September 19, 2013, the trial court entered an order awarding attorney fees to Jamila Coleman McFarlane. McFarlane filed this application from the attorney fee ruling. This application appears to be ancillary to the discretionary appeal granted by the Supreme Court. In view of the forthcoming appeal in the Supreme Court – and in the interest of avoiding piecemeal litigation – this application is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*